FILED: May 13, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-6460
(1:25-cv-02958-BHH)

_____

DARRYL KEITH LOUIS, a/k/a Sadiq

     Plaintiff - Appellant

v.

JOEL ANDERSON

     Defendant - Appellee

_____

O R D E R

_____

The court rescinds the informal briefing schedule in this case. The parties will be notified when a new briefing order is entered.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk