**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 4, 2026

_____

RULE 45 NOTICE
DOCKETING FORMS

_____

No. 26-6460,    Darryl Louis v. Joel Anderson
                     1:25-cv-02958-BHH

TO:    Darryl Keith Louis

**FORMS DUE: 06/22/2026**

The court has not received the form(s) checked below which it previously directed be filed. Please take notice that the court may dismiss this case for failure to prosecute pursuant to Local Rule 45 unless the required form(s) are received in the clerk's office within 15 days of the date of this notice. The forms are available for completion as links from this notice and at the court's website, www.ca4.uscourts.gov.

[✔] **Docketing statement - Civil or Agency** required

K. Stump, Deputy Clerk
804-916-2702