FILED:  June 18, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-6460
(1:25-cv-02958-BHH)

_____

DARRYL KEITH LOUIS, a/k/a Sadiq

      Plaintiff - Appellant

v.

JOEL ANDERSON

      Defendant - Appellee

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Joint appendix due: 08/04/2026

Opening brief due: 08/04/2026

Response brief due: 09/03/2026

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk