FILED: August 18, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-6460
(1:25-cv-02958-BHH)

---

DARRYL KEITH LOUIS, a/k/a Sadiq

Plaintiff - Appellant

v.

JOEL ANDERSON

Defendant - Appellee

---

O R D E R

---

The court extends the briefing schedule as follows:

Joint appendix due: 10/05/2026

Opening brief due: 10/05/2026

Response brief due: 11/05/2026

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk