**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 6, 2026

---

DOCKET CORRECTION NOTICE

---

No. 26-6460, Darryl Louis v. Joel Anderson
1:25-cv-02958-BHH

TO: Darryl Keith Louis

**BRIEF & JOINT APPENDIX CORRECTION DUE: October 13, 2026**

Please make the corrections identified below by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier. The time for filing the next brief is unaffected by this notice.

[✓] Statement of Issues and Statement of the Case are missing from the Table of Contents.

[✓] Correct the caption on the cover of the opening brief and appendix to match this court’s caption.

[✓] Opposing counsel should be listed on the appendix cover.

K. Stump, Deputy Clerk
804-916-2702