**RECORD NO. 26-6460**

**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

DARRYL LOUIS,

*Plaintiff-Appellant,*

v.

JOEL ANDERSON,

*Defendant-Appellee.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

# APPELLEE'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

The Appellee Joel Anderson hereby moves this Court, pursuant to Rule 31(a), FRAP, and Local Rule 31(c), for a 30-day extension until December 7, 2026, to file the Appellee's Response Brief.

This motion is based on the following grounds:

1. Based upon the current briefing order, the Appellee's Response Brief is due to be filed by November 5, 2026. (Dkt. #19).

2. The undersigned counsel for the Appellee requires additional time to prepare the Appellee's Response Brief. Specifically, the undersigned counsel is scheduled for two date certain trials for the weeks of November 9, 2026 and November 16, 2026, in state court, and that trial schedule is requiring substantial trial preparation time. One of the cases is a wrongful death action. Additionally, the undersigned counsel has another appellate brief due on November 4, 2026.

3. Counsel for the Appellant has consented to the requested extension by an exchange of emails.

WHEREFORE, the Appellee requests that the Court grant a thirty-day extension until December 7, 2026, for the filing and service of the Appellee's Response Brief.

LINDEMANN LAW FIRM, P.A.

BY: *s/ Andrew F. Lindemann*

ANDREW F. LINDEMANN
5 Calendar Court, Suite 102
Post Office Box 6923
Columbia, South Carolina 29260
(803) 881-8920

*Counsel for Appellee Joel Anderson*

November 4, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send such filing to the following registered CM/ECF users:

Samuel Weiss, Esquire
Email: sam@rightsbehindbars.org

Lillian Novak, Esquire
Email: lily@rightsbehindbars.org

*s/ Andrew F. Lindemann*